

FILED
IN OPEN COURT

APR 1 2 2017

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:17-CR-68 (LMB) |
| | ) |
| v. | ) Count 1: 18 U.S.C. § 1001(a)(2) |
| | ) (False Statement) |
| JESUS R. MUCHACHO, | ) |
| | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

1.    On or about December 1, 2016, in the Eastern District of Virginia, the defendant,

JESUS R. MUCHACHO, did willfully and knowingly make a materially false, fictitious, and

fraudulent statement and representation in a matter within the jurisdiction of the executive

branch of the Government of the United States; that is, the defendant made several false

statements to federal law enforcement officers in the course of a criminal investigation.

(In violation of Title 18, United States Code, Section 1001(a)(2))

Dana J. Boente
United States Attorney

By:    *Edward P. Sullivan*

Edward P. Sullivan, Special Assistant U.S. Attorney
Grace L. Hill, Assistant U.S. Attorney
Counsel for the United States
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3700
edward.p.sullivan@usdoj.gov
grace.hill@usdoj.gov