CLOSED

# U.S. District Court
## Eastern District of Virginia – (Alexandria)
## CRIMINAL DOCKET FOR CASE #: 1:17–cr–00068–LMB–1

Case title: USA v. Muchacho
Magistrate judge case number: 1:17–mj–00081–TCB

Date Filed: 03/31/2017
Date Terminated: 07/07/2017

Assigned to: District Judge Leonie M. Brinkema

**Defendant (1)**

| | |
|---|---|
| **Jesus R. Muchacho**<br>*TERMINATED: 07/07/2017* | represented by **William Bruce Cummings**<br>William B Cummings PC<br>P.O. Box 1177<br>Alexandria, VA 22313<br>(703) 836–7997<br>Fax: 703–836–0238<br>Email: wbcpclaw@aol.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**David Barry Benowitz**<br>Price Benowitz LLP (DC)<br>409 7th St NW<br>Washington, DC 20004<br>(202) 417–6000<br>Fax: (202) 664–1331<br>Email: david@pricebenowitz.com<br>*TERMINATED: 03/07/2017*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1001 (a)(2) FALSE STATEMENT (12/01/2016)<br>(1) | BOP: 3 months with credit for time served; 2 years supervised release; $4,000.00 fine; $100.00 assessment. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**          **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                 **Disposition**

18:1001 False Statement

---

**Plaintiff**

**USA**   represented by   **Edward P Sullivan**
US Attorney's Office (Alexandria−NA)
2100 Jamieson Avenue
Alexandria, VA 22314
**NA**
703−299−3700
Email: Edward.P.Sullivan@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: US Attorney*

**Grace Hill**
US Attorney's Office (Alexandria−NA)
2100 Jamieson Avenue
Alexandria, VA 22314
NA
703−299−3700
Email: grace.hill@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/21/2017 | 1 | | SEALED COMPLAINT as to Jesus R. Muchacho (1). (krob, ) [1:17−mj−00081−TCB] (Entered: 02/21/2017) |
| 02/21/2017 | 2 | | AFFIDAVIT by USA as to Jesus R. Muchacho 1 Complaint (Sealed) (krob, ) [1:17−mj−00081−TCB] (Entered: 02/21/2017) |
| 02/21/2017 | 4 | | Redacted Criminal Case Cover Sheet (krob, ) [1:17−mj−00081−TCB] (Entered: 02/21/2017) |
| 02/21/2017 | 5 | | MOTION to Seal Case by USA as to Jesus R. Muchacho. (krob, ) [1:17−mj−00081−TCB] (Entered: 02/21/2017) |
| 02/21/2017 | 6 | | ORDER granting 5 Motion to Seal Case **until the defendant has been arrested** as to Jesus R. Muchacho (1). Signed by Magistrate Judge Michael S. Nachmanoff on 2/21/17. (krob) [1:17−mj−00081−TCB] (Entered: 02/21/2017) |

| | | | |
|---|---|---|---|
| 02/21/2017 | 7 | | Arrest Warrant Issued by Magistrate Judge Michael S. Nachmanoff in case as to Jesus R. Muchacho. (krob, ) [1:17−mj−00081−TCB] (Entered: 02/21/2017) |
| 02/22/2017 | 8 | | Arrest Warrant Returned Executed on 02/22/17 in case as to Jesus R. Muchacho. (cmar, ) [1:17−mj−00081−TCB] (Entered: 02/22/2017) |
| 02/22/2017 | 9 | | Minute Entry for proceedings held before Magistrate Judge Michael S. Nachmanoff:Initial Appearance as to Jesus R. Muchacho held on 2/22/2017. US appeared through: Edward Sullivan. Deft appeared w/counsel: David Benowitz. Deft informed of rights, charges and penalties. Govt is not seeking detention. Deft placed on PR bond with conditions. Preliminary Hearing set for 3/8/2017 at 02:00 PM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (Tape #FTR.)(cmar, ) [1:17−mj−00081−TCB] (Entered: 02/22/2017) |
| 02/22/2017 | 10 | | ORDER Setting Conditions of Release as to Jesus R. Muchacho. Signed by Magistrate Judge Michael S. Nachmanoff on 02/22/17. (cmar, ) [1:17−mj−00081−TCB] (Entered: 02/22/2017) |
| 02/22/2017 | | | PR Bond Entered as to Jesus R. Muchacho (cmar, ) [1:17−mj−00081−TCB] (Entered: 02/22/2017) |
| 02/23/2017 | 11 | | NOTICE OF ATTORNEY APPEARANCE: David Barry Benowitz appearing for Jesus R. Muchacho (krob, ) [1:17−mj−00081−TCB] (Entered: 02/23/2017) |
| 03/06/2017 | 12 | | MOTION to Withdraw as Attorney by David Benowitz. by Jesus R. Muchacho. (Attachments: # 1 Proposed Order)(Benowitz, David) [1:17−mj−00081−TCB] (Entered: 03/06/2017) |
| 03/07/2017 | 13 | | ORDER granting 12 Motion to Withdraw as Attorney. David Barry Benowitz withdrawn from case as to Jesus R. Muchacho (1). Signed by Magistrate Judge Michael S. Nachmanoff on 3/7/17. (krob) [1:17−mj−00081−TCB] (Entered: 03/07/2017) |
| 03/08/2017 | 14 | | NOTICE OF ATTORNEY APPEARANCE: William Bruce Cummings appearing for Jesus R. Muchacho. (wgar, ) [1:17−mj−00081−TCB] (Entered: 03/08/2017) |
| 03/08/2017 | 15 | | Minute Entry for proceedings held before Magistrate Judge John F. Anderson as to Jesus R. Muchacho held on 3/8/2017. US appeared through: Edward Sullivan. Deft appeared with counsel: William Cummings. Matter came on for PH. Deft requests to continue this matter − GRANTED. Matter set for preliminary hearing. Preliminary Hearing set for 3/13/2017 at 02:00 PM in Alexandria Courtroom 500 before Magistrate Judge Theresa Carroll Buchanan. Deft continued on bond. (Tape #FTR.)(wgar, ) [1:17−mj−00081−TCB] (Entered: 03/08/2017) |
| 03/13/2017 | 16 | | MOTION for Extension of Time to Indict by USA, Jesus R. Muchacho as to Jesus R. Muchacho. (Attachments: # 1 Proposed Order)(krob, ) [1:17−mj−00081−TCB] (Entered: 03/13/2017) |
| 03/13/2017 | 17 | | ORDER granting 16 Motion for Extension of Time to Indictment up to and including April 24, 2017 as to Jesus R. Muchacho (1). Signed by District Judge Leonie M. Brinkema on 3/13/17. (krob, ) [1:17−mj−00081−TCB] (Entered: 03/13/2017) |
| 03/13/2017 | 18 | | |

| | | | |
|---|---|---|---|
| | | | Minute Entry for proceedings held before Magistrate Judge Theresa Carroll Buchanan: Matter came on for Preliminary Hearing. USA appeared through E. Sullivan. Deft appeared w/counsel W. Cummings. PH waived; PC found. Status Conference as to Jesus R. Muchacho held on 3/13/2017. Matter continued for further proceedings before the grand jury. Deft continued on the same conditions of Bond. (Tape #FTR.)(tfitz, ) [1:17−mj−00081−TCB] (Entered: 03/13/2017) |
| 03/13/2017 | 19 | | WAIVER of Preliminary Hearing by Jesus R. Muchacho (tfitz, ) [1:17−mj−00081−TCB] (Entered: 03/13/2017) |
| 03/31/2017 | | | Set Hearing as to Jesus R. Muchacho: Plea Agreement Hearing set for 4/12/2017 at 02:00 PM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. (rban, ) (Entered: 03/31/2017) |
| 04/12/2017 | 21 | | WAIVER OF INDICTMENT by Jesus R. Muchacho (yguy) (Entered: 04/12/2017) |
| 04/12/2017 | 22 | 8 | CRIMINAL INFORMATION as to Jesus R. Muchacho (1) count 1. (yguy) (Entered: 04/12/2017) |
| 04/12/2017 | 23 | | Redacted Criminal Case Cover Sheet as to Jesus R. Muchacho (yguy) (Entered: 04/12/2017) |
| 04/12/2017 | 24 | | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Plea Agreement Hearing as to Jesus R. Muchacho (1) held on 4/12/2017. U.S. appeared through Edward Sullivan & Grace Hill. Deft appeared with counsel William Cummings. Deft speaks English, does not need intp. Deft waived right to an Indictment, was FA, and PG to Count 1 of the Criminal Information. Plea entered and accepted Guilty Count 1. Matter referred to USPO for PSIR. Sentencing set for 7/7/2017 at 09:00 AM in Alexandria Courtroom 600 before District Judge Leonie M. Brinkema. Deft continued on current bond with added conditions: Added conditions: deft shall fully cooperate with prob for psi; deft shall reappear on 7/7/17 for sentencing.(Court Reporter R. Montgomery.)(yguy) (Entered: 04/12/2017) |
| 04/12/2017 | 25 | | PLEA AGREEMENT as to Jesus R. Muchacho (yguy) (Entered: 04/12/2017) |
| 04/12/2017 | 26 | | Statement of Facts as to Jesus R. Muchacho (yguy) (Entered: 04/12/2017) |
| 06/02/2017 | 27 | | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED − government and defense counsel) as to Jesus R. Muchacho. Objections to PSI due 06/19/17. (hudnall, vicki) (Entered: 06/02/2017) |
| 06/08/2017 | 28 | | NOTICE OF ATTORNEY APPEARANCE Grace Hill appearing for USA. (Hill, Grace) (Entered: 06/08/2017) |
| 06/22/2017 | 29 | | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED − government and defense counsel) as to Jesus R. Muchacho. (Attachments: # 1 Letter)(hudnall, vicki) (Entered: 06/22/2017) |
| 06/29/2017 | 31 | | SENTENCING MEMORANDUM by USA as to Jesus R. Muchacho (Sullivan, Edward) (Entered: 06/29/2017) |
| 06/30/2017 | 32 | | |

|  |  |  | SENTENCING MEMORANDUM by Jesus R. Muchacho (Cummings, William) (Entered: 06/30/2017) |
|---|---|---|---|
| 07/07/2017 | 33 |  | Minute Entry for proceedings held before District Judge Leonie M. Brinkema:Sentencing held on 7/7/2017 for Jesus R. Muchacho (1), Count 1. U.S. appeared through Edward Sullivan & Jack Hanly. Deft appeared with counsel William Cummings. Deft is committed to the custody of the BOP to serve a term of: 3 months with credit for time served; 2 years supervised release; $4,000.00 fine; $100.00 assessment. Special conditions: 1.deft shall pay a fine in the amount of $4,000.00, due and payable immediately. If unable to pay immediately, deft shall pay the balance in full during his term of supervised release, in equal monthly installments of $200.00, to begin within 60 days after release from imprisonment; 2. deft shall provide the probation officer access to any requested financial information, and waive all privacy rights;3. Although mandatory drug testing is waived pursuant to 18 U.S.C. §3563(a)(4), deft must remain drug free and his probation officer may require random drug testing at any time. Recommendation to BOP: deft to be designated to a low security facility as close to the Washington D.C. Metropolitan area as possible. Deft shall self−surrender to the United States Marshal Service at the institution designated by the Bureau of Prisons as notified by the United States Marshal. Until he self surrenders, deft shall remain under the Order Setting Conditions of Release entered on February 22, 2017. (Court Reporter A. Thomson.)(yguy) (Entered: 07/07/2017) |
| 07/07/2017 | 34 | 9 | JUDGMENT as to Jesus R. Muchacho (1), Count 1, BOP: 3 months with credit for time served; 2 years supervised release; $4,000.00 fine; $100.00 assessment. Signed by District Judge Leonie M. Brinkema on 7/7/17. (yguy) (Entered: 07/07/2017) |
| 07/07/2017 | 35 |  | Sealed Statement of Reasons as to Jesus R. Muchacho (yguy) (Entered: 07/07/2017) |
| 09/25/2017 | 36 |  | Motion for Return of Passport *and Nexus Pass Card (w/Agreed Order and Request to be Decided on Pleadings Without Hearing)* by Jesus R. Muchacho. (Attachments: # 1 Proposed Order)(Cummings, William) (Entered: 09/25/2017) |
| 09/25/2017 | 37 |  | ORDER GRANTING 36 Motion for Return of Passport and Nexus Pass Card (see order for details) as to Jesus R. Muchacho. Signed by District Judge Leonie M. Brinkema on 09/25/2017. (jlan) (Entered: 09/26/2017) |
| 11/30/2017 | 38 |  | MOTION for leave to Travel by Jesus R. Muchacho. (jlan) (Entered: 12/01/2017) |
| 12/01/2017 | 39 |  | ORDERED that the government respond to the Motion within seven (7) days as to Jesus R. Muchacho re 38 MOTION to Travel filed by Jesus R. Muchacho. Signed by District Judge Leonie M. Brinkema on 12/01/2017. (jlan) (Entered: 12/01/2017) |
| 12/01/2017 | 40 |  | RESPONSE to Motion by USA as to Jesus R. Muchacho re 38 MOTION to Travel (Sullivan, Edward) (Entered: 12/01/2017) |
| 12/21/2017 | 41 |  | ORDER− It is hereby ORDERED that as long as defendant provides the United States Probation Office with the specific details that office requests for his trips to Venezuela, Minnesota, and Norristown, PA in advance of all trips, he may travel to these three locations as to Jesus R. Muchacho re 38 MOTION to Travel |

|  |  |  | filed by Jesus R. Muchacho. Signed by District Judge Leonie M. Brinkema on 12/21/2017. (lcre, ) (Entered: 12/21/2017) |
| --- | --- | --- | --- |
| 12/28/2017 | 42 | 7 | Probation Jurisdiction Transferred to District of Maryland (Greenbelt Division) as to Jesus R. Muchacho Transmitted Transfer of Jurisdiction form, with copies of indictment, judgment and docket sheet. (jlan) (Entered: 12/28/2017) |